**94-1488.** South–Western City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision. Board of Tax Appeals, No. 92–K–463. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the application of appellant, South–Western City Schools Board of Education, to dismiss its appeal,

IT IS ORDERED by the court that the application to dismiss be, and the same is hereby, granted, effective August 15, 1994.

The appeal of appellants, Franklin County Board of Revision and Franklin County Auditor, remains pending.